# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 31, 2023

## NO. 03-22-00674-CV

**Joseph Thompson and Thompson Custom Properties, LLC, Appellants**

**v.**

**Greg L. Gibson; DSRE Funding LLC; High Equity Investments, LLC; DSRE Holdings, LLC; DSRE Homes LLC; DSRE Centex Partners, LLC; GLG Investments LLC; Direct Effect LLC; Direct Effect Real Estate Services LLC; Clay Carter; and Marcia Trejo, Appellees**

### APPEAL FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY
### BEFORE JUSTICES BAKER, KELLY, AND SMITH
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on October 12, 2022. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.